UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR-05-192-WFN-7 |
| Plaintiff, ) | |
| ) | ORDER DENYING DEFENDANT'S |
| v. ) | MOTION FOR RECONSIDERATION |
| ) | |
| GARY L. CLARK, JR., ) | |
| ) | |
| Defendant. ) | |

At the September 27, 2007, hearing on Defendant's Motion for Reconsideration of Detention Order, counsel Michael Roff appeared with Defendant; Assistant U.S. Attorney Thomas J. Hopkins represented the United States.

The court, having considered the proffers of Defendant and Plaintiff, finds Defendant has not had a recent chemical dependency assessment and has a significant criminal history. Accordingly, the Defendant's Motion **(Ct. Rec. 262)** must be and is **DENIED.**

**IT IS SO ORDERED**.

DATED September 28, 2007.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION - 1